*June 9, 2008*
Billy Carter
2100 Napa Vallejo Hwy.
Napa, CA 94558



RECEIVED

08 JUN 12 PM 2: 04

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102



FILED

JUN 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE: Billy Ray Carter v. ED Foulk, et al.
    No. CV 08 2795 SBA (PR)

Request to Pay Filing Fee in $25.00 Per Month Payments

TO THE UNITED STATES DISTRICT COURT:

I recently received notice the above numbered case was filed on June 4, 2008, and I received the in forma pauperis application and instructions. I can arrange to have payments sent to the Court on a monthly basis to pay the $350.00 filing fee and I request the Court to permit me to pay the filing fee in $25.00 per month payments. I may be able to sometimes send more money towards the fee as events permit and when able I will do so.

Therefore, please grant my request and the due dates as soon as possible, so payment can be made and service of process can be completed as soon as possible.

Respectfully submitted,

Billy Ray Carter

*Billy Carter*

USA FIRST-CLASS FOREVER

OAKLAND CA 946

11 JUN 2008 PM 10 L

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

Legal Mail
Mailed on 9-Jun-08

SBA

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102

94102-3651 C004

RECEIVED

08 JUN 12 PM 2:0

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.