Billy Ray Carter
2100 Napa Vallejo Hwy.
Napa, CA 94558
In pro se

FILED

08 JUL -7 PM 3: 14

RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY CARTER,<br><br>Plaintiff,<br><br>v.<br><br>MR. ED FOULK, et al.,<br><br>Defendants. | Case No. CV 08 2795 SBA (PR)<br><br>**REQUEST FOR COURT TO SERVE SUMMONS AND COMPLAINT.** |

    Federal Rules of Civil Procedure, Rule 4(b), as amended through December 1, 2007, provides that "[o]n or after filing the complaint the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal, and issue it to the plaintiff for service on the defendant. A summons – or a copy of a summons that is addressed to multiple defendants – must be issued for each defendant to be served."

    I have enclosed a completed summons form for each defendant and I request the Clerk to sign, seal, and issue each summons form to the plaintiff for service on each defendant.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,                        Date:

Billy Ray Carter

Billy Carter unit T-174, ph"
2100 Napa Vallejo Hwy.
Napa, CA 94558

**Legal Mail**

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, California, 94102