IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY CARTER,<br><br>         Plaintiff,<br><br>    v.<br><br>ED FOULK, et al.,<br><br>         Defendants. | No. C 08-02795 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE COMPLETED PRISONER IFP APPLICATION FORM** |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed IFP application using the correct prisoner IFP application form.

The Court ordered Plaintiff to pay the filing fee or to submit a completed IFP application form, trust account statement and certificate of funds; however, to date, Plaintiff has not done so. Instead, Plaintiff has filed a document entitled, "Addendum to Complaint" (docket no. 8), which the Court construes as a request for an extension of time to file a completed prisoner IFP application. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file a completed prisoner IFP application and submit the requisite documents will be extended up to and including **thirty (30) days** from the date of this Order.

**Failure to file the completed prisoner IFP application as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

The Clerk of the Court shall send Plaintiff a blank prisoner IFP application form along with a copy of this Order.

This Order terminates Docket no. 8.

IT IS SO ORDERED.

DATED:  8/29/08                                     *Saundra B Armstrong*
                                                              SAUNDRA BROWN ARMSTRONG
                                                              United States District Judge

P:\PRO-SE\SBA\CR.08\Cater2795.EOTFileIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY CARTER, | Case Number: CV08-02795 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ED FOULK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Billy Ray Carter NA 206839-3
Napa State Hospital
2100 Napa Valley Highway
Napa, CA 94558

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Cater2795.EOTFileIFP.wpd    2