FILED

NOV 04 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  BILLY RAY CARTER. | No. 08-74154 |
| BILLY RAY CARTER, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Respondent, ED FOULK, Real Party in Interest. | D.C. No. 4:08-CV-02795-SBA Northern District of California, Oakland  ORDER |

Before:  TROTT, GOULD and TALLMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

KS/MOATT

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.